NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Robert.Knief@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW ROBERT REGGUINTI, <br><br> Defendant. | Case No. 2:18-cr-00347-JCM-NJK <br><br> **STIPULATION TO CONTINUE RESPONSE DEADLINE** |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Raquel Lazo, counsel for defendant ANDREW ROBERT REGGUINIT, that the response to the Defendant's Motion to Suppress (Docket 23), currently due March 29, 2019, be vacated and reset to a date and time convenient to the Court but no sooner than three weeks.

This stipulation is entered into for the following reasons:

1. Counsel for the government was in trial.

2. Negotiations continue between the parties.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

DATED this 28th day of March, 2019.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

| /s/ Robert A. Knief | /s/ Raquel Lazo |
|---|---|
| ROBERT A. KNIEF<br>Assistant United States Attorneys | RAQUEL LAZO<br>Counsel for Defendant Andrew Regguinti |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ROBERT REGGUINTI,<br><br>Defendant. | Case No. 2:18-cr-00347-JCM-NJK<br><br>ORDER |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the deadline for the Government's Response to Defendant's Motion to Suppress , scheduled for March 29, 2019, be vacated and continued to April 19, 2019.  Any reply is due no later than April 26, 2019.

IT IS SO ORDERED.

Entered: March 28, 2019

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE