| PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>2:18CR00347 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>0864 0:26CR00048-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Nevada | U.S. Probation Office |
| Andrew Robert Regguinti<br>3601 Sunrise Drive West<br>Minnetonka, MN 55345 | NAME OF SENTENCING JUDGE | |
| | James C. Mahan | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>4/29/2024 | TO<br>4/28/2028 |

**OFFENSE**
Possession with Intent to Distribute Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties, steady employment, stable residence.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Minnesota_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____March 11, 2026_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Minnesota_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____March 16, 2026_____
Effective Date

_____s/Donovan W. Frank_____
United States District Judge